■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDE HERBERT, Appellant.—Judgment, Supreme Court, Bronx County, rendered on September 7, 1977, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Lupiano, J. P., Silverman, Fein, Lane and Sullivan, JJ.